UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Amazon Digital Services, LLC, a Delaware limited liability corporation, <br><br> Petitioner, <br><br> v. <br><br> Nilmer Rubio, <br><br> Respondent. | No. 2:19-cv-00712 <br><br> AMAZON'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Petitioner Amazon Digital Services LLC states that it is a Delaware limited liability company with Amazon.com Services, Inc., a Delaware corporation, as its sole member. No other parent corporation or publicly held corporation owning 10% or more of Amazon Digital Services LLC stock exists.

DATED this 13th day of May, 2019.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Amazon Digital Services, LLC

By *s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
*s/ Benjamin J. Robbins*
Benjamin J. Robbins, WSBA #53376
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
Tel:  206.757.8068
Email:  johngoldmark@dwt.com
Email:  benrobbins@dwt.com

AMAZON'S CORPORATE DISCLOSURE STATEMENT - 1
4826-6760-4887v.1 0051461-002339

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax