# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON DIGITAL SERVICES, LLC, a Delaware Limited Liability Corporation,<br><br>    Petitioner,<br><br>v.<br><br>NILMER RUBIO,<br><br>    Respondent. | CASE NO. 2:19-cv-00712-BAT<br><br>**ORDER GRANTING MOTION FOR ORDER DIRECTING SERVICE ON FOREIGN RESPONDENT** |

Petitioner Amazon Digital Services, LLC ("Amazon") moves for an order directing service by registered mail on foreign Respondent Nilmer Rubio. Dkt. 4. This case has been assigned to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Amended General Order No. 02-19(4) for all matters, that arise prior to the deadline by which consent to the assigned Magistrate Judge must be declined. Having carefully considered the relevant pleadings and papers as well as controlling law, the Court finds good cause to grant Amazon's motion. Accordingly, **it is ORDERED**:

1) Amazon's Motion for Order Directing Service on Foreign Respondent (Dkt. 4) is **GRANTED**.

ORDER GRANTING MOTION FOR SERVICE
ON FOREIGN RESPONDENT - 1

2) Pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii), **the Clerk of the Court shall send:** a copy of Amazon's Petition to Confirm Arbitration Award (Dkt. 1), by international registered mail, to Respondent Nilmer Rubio at the following address:

> Nilmer Rubio
> 31 Ibarra St.,
> East Bajac-Bajac
> Olongapo City, 2200
> Philippines

DATED this 30th day of May, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge